# EXHIBIT 26

       **From:** Guy Wolfington <GWolfington@oneillproperties.com>
**Date:** January 27, 2017 at 4:34:33 PM EST
**To:** "George W. McKerrow (george@tedsmontanagrill.com)" <george@tedsmontanagrill.com>
**Cc:** Rene Ferandel <rferandel@tedsmontanagrill.com>, "'Janet Spix (TMG)'" <JSpix@tedsmontanagrill.com>, 'Bill Bertram' <bbertram@dpsslegal.com>, "Marc A. Snyder" <msnyder@kaplaw.com>, "Michael H. Weil" <MWeil@kaplaw.com>, "John Braithwaite" <JBraithwaite@oneillproperties.com>, J Brian Oneill <BOneill@oneillproperties.com>, Denise Mullin <DMullin@oneillproperties.com>, Joe Emory <jEmory@mlpbuilders.com>, "'Collin M. Whelan'" <CWhelan@mlpbuilders.com>, 'Scot Lutte' <SLutte@mlpbuilders.com>
**Subject: 1-27-17 Worthington - Building M1 - Space No. M-1H for Ted's Montana Grill - Township Inspection Letter & Report RE: Approval of Substantial Completion**

George –

I hope all is well. We are pleased to advise you that Landlord has substantially completed Landlord's Work as required under the Lease. Please see attached a letter and inspection report from East Whiteland Township. East Whiteland Township performed a final inspection on your space, M-1H, in building M-1 at Uptown Worthington, earlier today. Per the Township's inspection report and corresponding letter, the Township has approved your space as substantially complete and ready for the commencement of your improvements. A lot of hard work and effort went into the substantial completion of your space.

Please be advised the Delivery Date under the Lease is today, January 27, 2017. You may now take possession of your space and keys are available to be picked up either in our corporate office located at 2701 Renaissance Boulevard, 4th Floor, King of Prussia, PA 19406 or in our construction trailer on site at Uptown Worthington in Malvern, PA.

We look forward to meeting with you and Rene out on site next Wednesday, February 1st to conduct a walk-through.

Thank you and have a great weekend.

All the best,

Guy

Guy A. Wolfington, Jr.
**Regional Development Manager**
  O'Neill Properties Group

2701 Renaissance Blvd. - 4th Floor
King of Prussia, PA  19406
	Office: 610-337-5577



The Township of
# EAST WHITELAND

BOARD OF SUPERVISORS: SUSAN DRUMMOND · WILLIAM HOLMES · RICHARD ORLOW

TOWNSHIP MANAGER: JOHN NAGEL

January 27, 2017

**Via Email & US Mail**

Mr. Guy A. Wolfington, Jr.
Regional Development Manager
O'Neill Properties Group
2701 Renaissance Boulevard – 4th Floor
King of Prussia, PA 19406

**RE: Uptown Worthington, Malvern, PA
Building M-1, Space No: M-1H (TMG Mid-Atlantic, LLC) – Approval of Substantial Completion**

Dear Mr. Wolfington:

Please allow this letter to serve as formal notification that the base building shell work under building permit BP9191 in space number M-1H, in the M-1 building at the Uptown Worthington project in Malvern, PA, is complete in accordance with all approved plans and permits. Accordingly, pending the issuance of applicable building permits, the Tenant, TMG Mid-Atlantic, LLC d/b/a Ted's Montana Grill, shall be permitted to commence construction of its improvements.

Please feel free to contact me with any questions.

Sincerely,

Dan Kerrigan
Deputy Fire Marshal/Building Code Official

Enclosure: Inspection Report

# BUILDING INSPECTION REPORT
# EAST WHITELAND TOWNSHIP
209 Conestoga Road
Frazer, Pennsylvania 19355
(610) 648-0600

OWNER: _____  PERMIT NO.: BP9151

ADDRESS: 650 Carnegie Blvd  INSPECTION DATE: 1-27-17

LOT/TENANT/SUITE: _____  INSPECTOR: Kemgm

BUILDER: _____

RECEIPT OF REPORT IS ACKNOWLEDGED BY

## INSPECTION

| | | |
|---|---|---|
| ☐ WATER PROOFING | ☐ FOOTING/SLABS | ☐ SOIL & EROSION |
| ☐ DAMP PROOFING | ☐ FRAMING | ☐ STOP WORK ORDER |
| ☐ HYDROSTATIC TEST | ☐ FINAL | ☐ STRUCTURAL STEEL |
| ☐ CERTIFICATE OF OCCUPANCY | ☐ HAZMAT | ☐ TENT |
| ☐ HAZARDOUS OPERATION | ☐ BLASTING | ☐ WIRING |
| ☐ FIRE SAFETY | ☐ MECHANICAL | ☐ ZONING |
| ☐ FIRE ALARM/SUPPRESION SYSTEM | ☐ MISCELLANEOUS | ☒ SITE INSPECTION |
| ☐ FIRE STOPPING | ☐ PLUMBING | ☐ _____ |
| ☐ FOUNDATION WALL | ☐ RE-INSPECTION | ☐ _____ |

| FLOOR | ROOM/AREA | CONDITION NOTED |
|---|---|---|
| | | Final Inspection of M-1-4 tenant space |
| | | Shell only - Considered Substantially complete and OK to start tenant fit-out upon approval of all plans |
| | | No C/O to be issued at this time (see accompanying letter) |

You are required to call for a re-inspection following correction of any listed discrepancies.
Failure of the inspector to note a violation does not relieve the builder from the responsibility of meeting code requirements.